**E-FILED 12/27/2011**
**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Walid Sidriel Salaheldin*, | CASE NO. CV 10-8692-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *OneWest Bank FSB, et al.*, | |
| Defendants. | |

Pursuant to the Court's December 27, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Walid Sidriel Salaheldin's ("Plaintiff") claims against Defendants OneWest Bank FSB, Deutsche Bank National Trust Company, Quality Loan Service Corporation, Specialized Loan Servicing LLC, and Mortgage Electronic Registration Systems, Inc. are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 27, 2011

_____
GEORGE H. KING
United States District Judge